A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Sep 08, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP - 8 2010
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Aug 24, 2010

FILED
CLERK'S OFFICE

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010

MDL No. 2179

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On August 10, 2010, the Panel transferred 46 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable Carl J. Barbier.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J. Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 08, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___Fee ___
___Process ___
x_ Dktd ___
___CtRmDep ___
___Doc. No. ___

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010                    MDL No. 2179

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

EDLA SEC.J/1

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 10-2884 | Antolin Andrew Marks v. British Petroleum, et al. | 10-2975 |
| **FLORIDA SOUTHERN** | | |
| FLS 4 10-10039 | Key West Tiki Charters, Inc. v. Transocean, Ltd., et al. | 10-2976 |
| FLS 4 10-10043 | Drew Moret v. Transocean, Ltd., et al. | 10-2977 |
| FLS 4 10-10044 | William D. Weiss v. Transocean, Ltd., et al. | 10-2978 |
| FLS 4 10-10045 | Dana Banks v. Transocean, Ltd., et al. | 10-2979 |
| FLS 4 10-10046 | Jack McCoy v. Transocean, Ltd., et al. | 10-2980 |
| FLS 4 10-10047 | Adam Alfano v. Transocean, Ltd., et al. | 10-2981 |
| FLS 4 10-10048 | John Donnell v. Transocean, Ltd., et al. | 10-2982 |
| FLS 4 10-10049 | Darrick Parker v. Transocean, Ltd., et al. | 10-2983 |
| FLS 4 10-10055 | Susan Davis, et al. v. BP, PLC, et al. | 10-2984 |
| FLS 4 10-10056 | Professional Bars, Inc., etc. v. BP, PLC, et al. | 10-2985 |
| FLS 4 10-10059 | Vacation Key West, Inc. v. BP, PLC, et al. | 10-2986 |
| FLS 4 10-10061 | Reel Strike, Inc. v. BP, PLC, et al. | 10-2987 |
| FLS 4 10-10062 | Kristin Lee, Inc. v. BP, PLC, et al. | 10-2988 |
| **GEORGIA NORTHERN** | | |
| GAN 1 10-2151 | Christopher R. Schorr, et al. v. BP, PLC, et al. | 10-2989 |
| **GEORGIA SOUTHERN** | | |
| GAS 3 10-45 | Joe Glen Gay v. Transocean, Ltd., et al. | 10-2990 |
| **KENTUCKY EASTERN** | | |
| KYE 6 10-137 | Patricia P. Bennett, et al. v. BP, PLC, et al. | 10-2991 |
| **KENTUCKY WESTERN** | | |
| KYW 3 10-368 | Larry O'Bryan, et al. v. BP, PLC, et al. | 10-2992 |
| **LOUISIANA MIDDLE** | | |
| LAM 3 10-326 | 1st Rate, LLC v. BP, PLC, et al. | 10-2993 |
| LAM 3 10-369 | Howard Buras, et al. v. BP, PLC, et al. | 10-2994 |
| **LOUISIANA WESTERN** | | |
| LAW 6 10-836 | Ivy St. Romain, et al. v. BP, PLC, et al. | 10-2995 |
| LAW 6 10-991 | State of Louisiana v. BP Exploration & Production, Inc., et al. | 10-2996 |
| LAW 6 10-992 | State of Louisiana v. BP Exploration & Production, Inc., et al. | 10-2997 |
| **TENNESSEE EASTERN** | | |
| TNE 3 10-222 | John Faris, et al. v. Transocean, Ltd., et al. | 10-2998 |

## MDL No. 2179 - Schedule CTO-1 Tag-Along Actions (Continued)

EDLA
SEC.J/1

TENNESSEE MIDDLE
  TNM 3  10-514          Carden Simcox v. BP, PLC, et al.                    10-2999

VIRGINIA EASTERN
  VAE 1  10-754          Kenn Hinton v. BP America Inc.                      10-3000

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN:<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | MEMBERS:<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California<br><br>Barbara S. Jones<br>United States District Court<br>Southern District of New York | DIRECT REPLY TO:<br><br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

September 8, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2179 -- IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,
on April 20, 2010

(See Attached CTO-1)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 24, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, clerks and judges are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Darion Payne
Darion Payne
Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Carl J. Barbier

JPML Form 36A

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010     MDL No. 2179

## PANEL SERVICE LIST (CTO-1)

Donald R. Abaunza
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
**drabaunza@liskow.com**

Elizabeth A. Alexander
LIEFF CABRASER HEIMANN &
BERNSTEIN
One Nashville Place
150 4th Avenue, North, Suite 1650
Nashville, TN 37219-2423
**ealexander@lchb.com**

Alejandro Alvarez
ALVAREZ LAW FIRM
355 Palermo Avenue
Coral Gables, FL 33134
**alex@floridatrialteam.com**

Franklin D. Azar
FRANKLIN D AZAR & ASSOCIATES PC
14426 E. Evans Avenue
Aurora, CO 80014-1474
**azarf@fdazar.com**

Charles F. Barrett
BARRETT & ASSOCIATES PA
6518 Highway 100, Suite 210
Nashville, TN 37205
**charles@cfbfirm.com**

Don Barrett
DON BARRETT PA
P.O. Box 987
Lexington, MS 39095
**dbarrett@barrettlawoffice.com**

Richard R. Barrett
LAW OFFICES OF RICHARD R
BARRETT PLLC
1223 Jackson Ave. East, Suite 203
Oxford, MS 38655
**rrb@rrblawfirm.net**

Dawn M. Barrios
BARRIOS KINGSDORF & CASTEIX LLP
701 Poydras Street
Suite 3650
New Orleans, LA 70139-3650
**barrios@bkc-law.com**

Ginger Lynne Barry
BROAD & CASSEL
200 Grand Blvd.
Suite 205A
Destin, FL 32550
**gbarry@broadandcassel.com**

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
P.O. Drawer H
106 West 7th Street
Reserve, LA 70084
**dbecnel@becnellaw.com**

Richard Stephen Brightman
HOPPING GREEN & SAMS PA
119 S. Monroe Street
Suite 300
Tallahassee, FL 32301
**richardb@hgslaw.com**

Robert Baldwin Brown, III
ALTERS BOLDT BROWN RASH &
CULMO PA
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
**bob@abbrclaw.com**

Glenn T. Burhans, Jr.
GREENBERG TRAURIG HOFFMAN
LIPOFF ROSEN & QUENTEL
101 E. College Avenue
P.O. Box 1838
Tallahassee, FL 32302-1838
**burhansg@gtlaw.com**

**MDL No. 2179 - Panel Service List (CTO-1) (Continued)**

A. Zack Butterworth
HESSE & BUTTERWORTH PLLC
841 Highway 90
Bay St. Louis, MS 39520
**zbutterworthlaw@bellsouth.net**

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
**ecabraser@lchb.com**

Donald T. Carmouche
TALBOT CAMRMOUCHE & MARCELLO
P.O. Box 759
Gonzales, LA 70707-0759
**dcoffice@tcmlawfirm.net**

James E. Carter
JAMES E CARTER & ASSOCIATES LLC
400 East President Street
Savannah, GA 31401
**jcarter@carterfirm.net**

Bertrand M. Cass, Jr.
DEUTSCH KERRIGAN & STILES LLP
755 Magazine Street
New Orleans, LA 70130
**bcass@dkslaw.com**

Jack Robin Dodson, III
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203-0025
**rdodson@babc.com**

James M. Doran, Jr.
WALLER LANSDEN DORTCH & DAVIS PLLC
511 Union Street, Suite 2700
Nashville, TN 37219-8966
**jim.doran@wallerlaw.com**

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT APC
519 Florida Avenue, SW
Denham Springs, LA 70726
**calvinfayard@fayardlaw.com**

Steven E. Fineman
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
**sfineman@lchb.com**

Jeff Friedman
FRIEDMAN LEAK DAZZIO ZULANAS &
BOWLING PC
3800 Colonnade Parkway
Suite 650
Birmingham, AL 35243
**jfriedman@friedmanleak.com**

Donald E. Godwin
GODWIN RONQUILLO PC
1201 Elm Street, Suite 1700
Dallas, TX 75270-2041
**dgodwin@godwinronquillo.com**

Michael Steven Goetz
MORGAN & MORGAN PA
201 North Franklin Street
7th Floor
Tampa, FL 33602
**mgoetz@forthepeople.com**

L. Jeffrey Hagood
HAGOOD TARPY & COX PLLC
900 South Gay Street
Suite 2100 Riverview Tower
Knoxville, TN 37902-1810
**jhagood@htandc.com**

J. Phil Haney
DISTRICT ATTORNEY'S OFFICE
300 Iberia Street, Suite 200
New Iberia, LA 70560
**philhaney@16jda.com**

**MDL No. 2179 - Panel Service List (CTO-1) (Continued)**

Aubrey B. Harwell, Jr.
NEAL & HARWELL PLC
One Nashville Place, Suite 2000
150 Fourth Avenue, North
Nashville, TN 37219-2498
**aharwell@nealharwell.com**

Don K. Haycraft
LISKOW & LEWIS
701 Poydras St.
One Shell Square
Suite 5000
New Orleans, LA 70139
**dkhaycraft@liskow.com**

Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR LC
820 O'Keefe Avenue
New Orleans, LA 70113-1116
**sherman@hhkc.com**

John T. Hickey, Jr.
KIRKLAND & ELLIS LLP (CHICAGO)
300 North Lasalle
Chicago, IL 60654
**john.hickey@kirkland.com**

Ken Hinton
2200 Wilson Boulevard
Suite 102-004
Arlington, VA 22201

Jay Forbes Hirsch
POPE MCGLAMRY KILPATRICK
MORRISON & NORWOOD
925 The Pinnacle
P.O. Box 191625
3455 Peachtree Road, N.E.
Atlanta, GA 31119-1625
**efile@pmkm.com**

Greg L. Johnson
Liskow & Lewis
One Shell Square
701 Poydras Street
Suite 5000
New Orleans, LA 70139
**gljohnson@liskow.com**

Lawrence L. Jones, II
BAHE COOK CANTLEY & JONES PLC
239 South Fifth Street
Kentucky Home Life Building
Suite 700
Louisville, KY 40202
**larry@bccjlaw.com**

Robert M. Kallam
PREIS & ROY PLC
P.O. Box 94-C
Lafayette, LA 70509
**rmk@preisroy.com**

Kyle M. Keegan
KEEGAN DENICOLA KIESEL BAGWELL
JUBAN & LOWE LLC
5555 Hilton Avenue
Baton Rouge, LA 70808
**kmk@keegandenicola.com**

Edward F. Kohnke, IV
PREIS & ROY PLC
Pan American Life Center
601 Poydras Street
Suite 1700
New Orleans, LA 70130
**efk@preisroy.com**

Deborah DeRoche Kuchler
KUCHLER POLK SCHELL WEINER &
RICHESON
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
**dkuchler@kuchlerpolk.com**

J. Andrew Langan
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
**andrew.langan@kirkland.com**

W. Mark Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
**wml@lanierlawfirm.com**

**MDL No. 2179 - Panel Service List (CTO-1) (Continued)**

Arthur Joseph Laplante
HINSHAW & CULBERTSON LLP
1 East Broward Boulevard
Suite 1010
Fort Lauderdale, FL 33301
**alaplante@hinshawlaw.com**

Joseph E. Lee, III
PREIS & ROY PLC
601 Poydras Street
Suite 1700
New Orleans, LA 70130
**jel@preisroy.com**

Deborah Jayne Livesay
TAYLOR ENGLISH & DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
**dlivesay@taylorenglish.com**

Elizabeth M. Locke
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793
**elocke@kirkland.com**

DeWitt M. Lovelace
LOVELACE LAW FIRM PA
12870 U.S. Highway 98 West
Suite 200
Miramar Beach, FL 32550
**dml@lovelacelaw.com**

George G. Mahfood
BROAD & CASSEL
One Biscayne Tower
2 South Biscayne Blvd.
21st Floor
Miami, FL 33131
**gmahfood@broadandcassel.com**

Antolin Andrew Marks
P.O. Box 7102
Covington, WA 98042

John C. McCants, III
FORMAN PERRY WATKINS KRUTZ &
TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**mccantsjc@fpwk.com**

Robert J. McKee
KRUPNICK CAMPBELL MALONE
BUSER SLAMA ET AL
The Legacy Bank Building
12 Southeast 7th Street
Suite 801
Ft. Lauderdale, FL 33301
**mckee@krupnicklaw.com**

Evans Martin McLeod
PHELPS DUNBAR LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534
**mcleodm@phelps.com**

J. Andrew Meyer
MORGAN & MORGAN PA
One Tampa City Center
201 North Franklin Street
7th Floor
Tampa, FL 33602
**ameyer@forthepeople.com**

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
**kmiller@frilot.com**

Larry D. Moffett
DANIEL COKER HORTON & BELL
P.O. Box 1396
Oxford, MS 38655-1396
**lmoffett@danielcoker.com**

**MDL No. 2179 - Panel Service List (CTO-1) (Continued)**

Adam M. Moskowitz
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon Boulevard, 9th Floor
Miami, FL 33134
AMM@kttlaw.com

Frank Michael Petosa
MORGAN & MORGAN PA
6824 Griffin Road
Davie, FL 33314
fpetosa@forthepeople.com

Edwin G. Preis, Jr.
PREIS & ROY PLC
Versailles Centre
102 Versailles Blvd.
Suite 400
Lafayette, LA 70501
epreis@preisroy.com

Thomas Andrew Range
AKERMAN SENTERFITT
106 E. College Avenue
Suite 1200
Tallahassee, FL 32301
tom.range@akerman.com

Terry L. Readdick
BROWN READDICK BUMGARTNER CARTER ET AL
P.O. Box 220
Brunswick, GA 31521-0220
treaddick@brbcsw.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29464
OilSpillLitigationMDL@motleyrice.com

April Leigh Rolen-Ogden
LISKOW & LEWIS
822 Harding Street
P.O Box 52008
Lafayette, LA 70505-2008
arolen-ogden@liskow.com

James P. Roy
DOMENGEAUX WRIGHT ET AL
P.O. Box 3668
Lafayette, LA 70502-3668
jimr@wrightroy.com

Camilo K. Salas, III
SALAS & CO LC
650 Poydras Street
Suite 1660
New Orleans, LA 70130
csalas@salaslaw.com

Jackson R. Sharman, III
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
jsharman@lightfootlaw.com

W. James Singleton
SINGLETON LAW FIRM
4050 Linwood Avenue
Shreveport, LA 71108
wjsingleton@singletonlaw.com

Lea Ann Smith
FORMAN PERRY WATKINS KRUTZ
& TARDY LLP
200 South Lamar Street
Suite 100
Jackson, MS 39201
lasmith@fpwk.com

Randall A. Smith
SMITH & FAWER LLC
201 St. Charles Avenue
Suite 3702
New Orleans, LA 70170
rasmith@smithfawer.com

Edward Coleman Taylor
DANIEL COKER HORTON & BELL
1712 15th Street, Suite 400
P.O. Box 416
Gulfport, MS 39502-0416
etaylor@danielcoker.com

**MDL No. 2179 - Panel Service List (CTO-1) (Continued)**

Tom W. Thornhill
THORNHILL & COLLINGS
1308 Ninth Street
Slidell, LA 70458
**tom@thornhilllawfirm.com**

Samuel C. Ward, Jr.
SAMUEL C WARD JR & ASSOCIATES LLC
660 Saint Ferdinand Street
Baton Rouge, LA 70802
**samuelcward@aol.com**

Scott Wm. Weinstein
MORGAN & MORGAN PA
12800 University Drive
Suite 600
Fort Myers, FL 33907
**sweinstein@forthepeople.com**

John R. Whaley
NEBLETT BEARD & ARSENAULT
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
**jwhaley@nbalawfirm.com**

William H. Wilhoit
WILHOIT & WILHOIT
103 S. Hord Street
P.O. Box 35
Grayson, KY 41143-0035
**info@wilhoitlaw.com**

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588
**pwittmann@stonepigman.com**

Robert Alan York
GODWIN RONQUILLO PC
Four Houston Center, Suite 1665
1331 Lamar
Houston, TX 77010
**ayork@godwinronquillo.com**

William A. Young
O'NEIL PARKER & WILLIAMSON
416 Cumberland Avenue, S.W.
P.O. Box 217
Knoxville, TN 37902
**byoung@opw.com**

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010             MDL No. 2179

## INVOLVED JUDGES LIST (CTO-1)

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Charles R. Breyer
U.S. District Judge
19-6618 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. James C. Cacheris
Senior U.S. District Judge
Albert V. Bryan Courthouse
401 Courthouse Square
Suite 21
Alexandria, VA 22314-5799

Hon. Todd J. Campbell
Chief Judge, U.S. District Court
A-820 Estes Kefauver U.S. Courthouse Annex
110 Ninth Avenue South
Nashville, TN 37203

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Orinda D. Evans
Senior U.S. District Judge
1988 Richard B. Russell Federal
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Thomas W. Phillips
U.S. District Judge
145 Howard H. Baker, Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Gregory F. Van Tatenhove
U.S. District Judge
United States District Court
310 S. Main Street, Suite 434
London, KY 40741

Hon. Lisa G. Wood
Chief Judge, U.S. District Court
Frank M. Scarlett Building
801 Gloucester Street
Room 207
Brunswick, GA 31520

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010          MDL No. 2179

## INVOLVED CLERKS LIST (CTO-1)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Steven M. Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg.
 & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Scott Poff, Clerk
P.O. Box 1130
Augusta, GA 30903-1130

Leslie G. Whitmer, Clerk
P.O. Box 5121
London, KY 40745

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Fernando Galindo, Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798